```
PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CAMILA O'GORMAN, | CASE NO. 2:23-CV-01159-AC |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b) |
| v. | |
| MERRICK B. GARLAND, ET AL., | |
| Defendants. | |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute.  8 U.S.C. § 1447(b).  The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 30 days of the order of remand.

///

///

///

///

///

///

///

1

Respectfully submitted,

Dated: September 22, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ DOUGLAS LEHRMAN
DOUGLAS LEHRMAN
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 30 days.

Dated: September 26, 2023

*allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE